PROB 12A
(6/21)

# United States District Court

## for

## District of New Jersey

## Report on Individual Under Supervision

Name of Individual Under Supervision: John Mendoza-Vazquez          Cr.: 22-00583-001
                                                                   PACTS #: 7165183

Name of Sentencing Judicial Officer:    THE HONORABLE KEVIN MCNULTY
                                        UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 09/22/2015

Original Offense:    Count One: Conspiracy to Possess with Intent to Distribute at least 2 but Less than 3.5
                     Kilograms of Cocaine within a Protected Location Title 21, U.S.C., 21 §§ 860, and
                     841(b)(1)(B), a Class B Felony

Original Sentence: 60 months imprisonment, 8 years supervised release

Special Conditions: Drug Testing/Testing, Financial Disclosure, Consent to Search, Mental Health
Treatment, Community Service (400 Hours), Life Skills/Education

Type of Supervision: Supervised Release                    Date Supervision Commenced: 01/02/2020

## STATUS UPDATE

On January 3, 2023, Mr. Mendoza-Vazquez submitted a request to relocate to the District of New
Hampshire and live with his girlfriend. On February 8, 2023, a transfer of supervision request was
submitted to the District of New Hampshire.  On February 22, 2023, the District of New Hampshire
accepted the transfer of supervision request. In their acceptance letter, the District of New Hampshire
requested the special condition of community service (400 hours) be removed due to limited opportunities
for community service within their district. Mr. Mendoza-Vazquez is currently being supervised by the
District of New Hampshire while the transfer of supervision process is completed. He is following all of
the remaining conditions of supervised release.  Therefore, it is respectfully recommended the special
condition for community service be removed.

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

*Donovan K. Hammond*
By:   DONOVAN K. HAMMOND
      U.S. Probation Officer

/ dkh

Prob 12A – page 2
John Mendoza-Vazquez

APPROVED:

_____   3/10/23
PATRICK HATTERSLEY                          Date
Supervising U.S. Probation Officer

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☒   Removal of Community Service Special condition (as recommended by the Probation Office)

☐   Deny removal of Community Service Special Condition

☐   Submit a Request for Modifying the Conditions or Term of Supervision

☐   Other

/s/ Kevin McNulty
_____
Signature of Judicial Officer

3/13/2023
_____
Date